An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MEGAN O. WALSH; AND NATHANIEL
M. WALSH,
Appellants,
vs.
GREEN TREE SERVICING, LLC; AND
FEDERAL NATIONAL MORTGAGE
ASSOCIATION (FANNIE MAE),
Respondents.

No. 60648

**FILED**

JUN 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Having considered the stipulation to dismiss this appeal, we approve it, and we dismiss the appeal. As provided in the stipulation, the parties shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.
Pickering

cc:  Hon. Patrick Flanagan, District Judge
     Mark L. Mausert
     McCarthy & Holthus, LLP/Las Vegas
     McCarthy & Holthus LLP/Reno
     Washoe District Court Clerk

13-16828